AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**DUSTIN FRANCIS HAXHO**<br><br>*Defendant.* | )<br>)<br>) Case No. 24-mj-6503 – AOV<br>)<br>)<br>) |

FILED BY ___SM___ D.C.

**Oct 29, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 1, 2024 to October 28, 2024  in the county of  Broward  in the
Southern District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(B) | Cyberstalking |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Thomas Pavletic  SA FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 29, 2024

*Judge's signature*

City and state:  Fort Lauderdale, Florida

Alicia O. Valle, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Thomas Pavletic, first being duly sworn, hereby depose and state the following:

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in Title 18 of the United States Code. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2019. I am currently assigned to the Miami Field Office South Florida Violent Crimes Task Force, which targets individuals involved in violent crime. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques and the application and execution of arrest and search warrants.

2. I am familiar with the facts and circumstances of the investigation based on my personal participation in the investigation, my communications with other law enforcement officers, and my examination of relevant evidence. The information contained in this Affidavit is not inclusive of all the facts of the investigation and is provided for the limited purpose of establishing probable cause to obtain a criminal complaint.

3. This Affidavit is made in support of a criminal complaint for the arrest of Dustin Francis Haxho ("HAXHO"), who with the intent to kill, injure, harass, intimidate, or place under surveillance with the intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that places that person in reasonable fear of death of or serious bodily injury

or causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person, in violation of Title 18, United States Code, Section 2261A(2)(B).

## PROBABLE CAUSE

4. On or about October 10, 2024, the FBI Miami Field Office received a telephonic tip regarding threatening and harassing telephone calls and messages received by VICTIM 1, a local law enforcement officer in Broward County Florida.

5. VICTIM 1 indicated that she had received numerous threatening and harassing phone calls and messages from her ex-boyfriend, HAXHO. VICTIM 1 reported that HAXHO utilized his known telephone number 954-706-9921, Zelle payment account, email address, social media account, the United States Postal System and approximately ~~sixty (60)~~ fifty (50) different voice over internet protocol (VoIP) numbers to stalk, harass, and threaten her between August 2024 and October 2024.

## HAXHO REPEATEDLY TARGETED AND HARASSED VICTIM 1

6. Law enforcement conducted a consent search of VICTIM 1's cellular telephone, in which calls were observed, from HAXHO's known telephone number 954-706-9921, on September 6, 2024. Fifteen missed calls were observed from HAXHO. It was at that time that VICTIM 1 blocked HAXHO's known phone number in her cellular telephone.

7. On September 6, 2024, two irate voicemail messages were left on VICTIM 1's cellphone by HAXHO, from his known telephone number 954-706-9921, in which he said "we're gonna fucking play, right now and you know how I get down, you know how I get down…" and "you know you fucking made me do this, you drove me to this shit, you fucking drove me to this shit."

8. Beginning on September 16, 2024, and again on September 17, 2024, September 30, 2024 and October 16, 2024, HAXHO, utilized his known Zelle payment account under name "DUSTIN FRANCIS HAXHO", to send VICTIM 1 $1.00, with a written message.

9. More specifically on September 17, 2024, HAXHO sent VICTIM 1 $1.00, with a message, which read, in part, "…your at your aunts house in doral…."

10. Additionally on September 17, 2024, VICTIM 1 received in excess of 90 text messages from telephone number 954-378-8486, which VICTIM 1 did not have saved as a contact in her phone and had no prior communications with.

11. Messages from 954-378-8486 included multiple photograph screenshots of what appeared to be GPS location information. The number texted "I have the address", "Within a 20 meter radius..that's 65 feet", "you can zoom in and get an exact location", "This location ip Pin hasn't moved in hours", "Dustin…", "…tell me it's your aunts house you at", and "…she lives in Doral I think".



12. Between August and October of 2024, VICTIM 1 received calls and text messages from approximately fifty (50) different voice over internet protocol (VoIP) numbers, commonly referred to as burner numbers, which she believed may be associated with HAXHO based upon the messages she received.

13. A review of text messages sent by the burner numbers still present on VICTIM 1's cellular telephone are consistent with messages received from HAXHO.

14. On September 13, 2024, telephone number 954-754-1588 left a forty-five (45) second voicemail on VICTIM 1's phone. The victim identified the voice of the caller as that of HAXHO. That number comes back to VoIP telecommunications carrier supplying burner numbers to end users attempting to mask their identities and/or circumvent call blocking features.

15. On September 14, 2024, telephone number 954-271-1547 messaged VICTIM 1, an excerpt of that text read "Just attempting to hear your voice.."

16. On October 1, 2024, telephone number 954-284-0117 messaged VICTIM 1, an excerpt of that text read "I won't give up on us [VICTIM 1]".

17. On October 1, 2024 telephone number 954-284-1446 messaged VICTIM 1, an excerpt of that text read "[VICTIM 1] would it be impossible to just take me off block text me…"

18. The numbers 954-378-8486, 954-271-1547, 954-284-0117, and 954-284-1446 are registered to Bandwidth, a known VoIP telecommunications carrier supplying burner numbers to end users attempting to mask their identities and/or circumvent call blocking features.

### HAXHO TARGETED AND HARRASED OTHERS

19. Beginning on or about September 24, 2024, HAXHO began messaging VICTIM 1's friend, F.W. through Facebook Messenger from his known account "Dustin Fla". HAXHO was attempting to communicate with VICTIM 1 through F.W., but when his attempts were unsuccessful, he began harassing F.W. F.W. told HAXHO she would not be relaying any messages to VICTIM 1, and that she would not allow HAXHO to be nasty or disrespectful towards her. F.W. repeatedly told HAXHO he was stalking and harassing VICTIM 1, and that he should respect her and leave her alone.

20. HAXHO told F.W. he "won't stop" and "If I wanted to contact [VICTIM 1] I could". HAXHO continued "Send her this…. Wait till I pop up at your house at the door" and that he had "…100 more burner numbers to call from" and "…If it's so bad…and is so scared for her and her daughter.. then she can get a restraining order".

## HAXHO SHOWS UP AT VICTIM 1's RESIDENCE

21. On October 9, 2024, VICTIM 1 and her daughter were at VICTIM 1's residence, when HAXHO approached the front door and rang the doorbell. VICTIM 1 having seen HAXHO on her surveillance cameras grabbed her daughter and moved to the rear of the residence in fear for their safety.

22. Law enforcement reviewed video from VICTIM 1's surveillance cameras at her residence and observed HAXHO walk up VICTIM 1's driveway and approach her vehicle, look in the window of it, and then proceed to the front door of the residence. Several minutes later, HAXHO can be seen leaving the residence on foot, in the same direction from which he'd come.

23. Law enforcement checked license plate readers (LPR) in the vicinity of VICTIM 1's residence and found that HAXHO's known white Lexus sedan, bearing Florida tag NSM P99 was captured on LPR October 9, 2024 around the time he'd been seen at the residence by VICTIM 1.

24. Law enforcement made contact with VICTIM 1's neighborhood security and reviewed video footage dated October 9, 2024 from the guard shack at the neighborhood entrance. HAXHO's white Lexus sedan, bearing Florida tag NSM P99 was observed driving into the neighborhood through an open gate, and again exiting the neighborhood approximately six minutes later, consistent with the time in which HAXHO was seen on VICTIM 1's video surveillance cameras.

25. On October 28, 2024, at approximately 7:30 AM, VICTIM 1 was exiting her residence when she was approached by HAXHO. In fear for her life, she got into her vehicle and fled the area, contacting law enforcement as she drove away. Later that same day, law enforcement located HAXHO and conducted a probable cause arrest of him at his place of employment in Deerfield Beach, FL.

26. HAXHO was read his Miranda rights and waived having an attorney present for questioning. HAXHO confessed he had used burner numbers hundreds of times, for weeks on end, to contact VICTIM 1. She would block them, and he would have to get a new burner number. He confessed he had been at her residence that morning and that he had gone to her residence on multiple other occasions after they had separated. HAXHO confessed he had utilized the Zelle payment application to attempt communication with VICTIM 1, sending her $1.00 in order to message her. HAXHO stated that this is what he needed for himself to get over VICTIM 1, and that it wouldn't have ended without him being arrested.

## CONCLUSION

27. Based upon the foregoing facts, your affiant respectfully submits there is probable cause to believe that DUSTIN FRANCIS HAXHO, acting with the intent to kill, injure, harass, intimidate, or place under surveillance with the intent to kill, injure, harass, or intimidate another person, used the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that places a person in reasonable fear of death or serious bodily injury or causes, attempts to cause, or would be reasonably expected to cause

substantial emotional distress to a person, in violation of Title 18, United States Code, Section 2261A(2)(B).

**FURTHER YOUR AFFIANT SAYET NAUGHT.**

THOMAS J. PAVLETIC, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to me in person this 29th day of October 2024.

HON. ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 24-mj-6503 – AOV

### BOND RECOMMENDATION

DEFENDANT: _____DUSTIN FRANCIS HAXHO_____

_____Pre-Trial Detention recommended_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: *M. Catherine Koontz*
AUSA:   M. CATHERINE KOONTZ


Last Known Address: _____

_____

_____

What Facility:   _____

_____

Agent(s):   Thomas Pavletic, SA FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)